```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 08435
    PALMER L HARRIS
                                              CHAPTER 13

                                              JUDGE: JOHN H SQUIRES
         Debtor
    SSN XXX-XX-4348
```

---
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/17/06 and confirmed on 09/22/06.

2. The plan is paid in full.

3. The Debtor paid a total of $ 14525.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| GREEN TRAILS IMPROVEMENT | SECURED | 600.00 | .00 | 600.00 |
| HIGHPOINT IN GREEN TRAIL | SECURED | 6708.86 | .00 | 6708.86 |
| MIDFIRST BANK | CURRENT MORTG | .00 | .00 | .00 |
| MIDFIRST BANK | MORTGAGE ARRE | 407.71 | .00 | 407.71 |
| MIDWESTERN FINANCIAL COR | SECURED | .00 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| BLAIR | UNSECURED | NOT FILED | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| FINGERHUT CREDIT ADVANTA | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MGMT | UNSECURED | 1132.17 | 63.27 | 1132.17 |
| NICOR GAS | UNSECURED | 1369.55 | 72.92 | 1369.55 |
| RMI/MCSI | UNSECURED | 125.00 | 7.01 | 125.00 |
| THOMAS R HITCHCOCK | REIMBURSEMENT | 84.49 | .00 | 84.49 |
| B LINE LLC | UNSECURED | 202.27 | 10.08 | 202.27 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 211.36 | 9.23 | 211.36 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 7716.57 | 84.49 | 3040.35 | .00 | 10841.41 |
| PRINCIPAL PAID | 7716.57 | 84.49 | 3040.35 | .00 | 10841.41 |
| INTEREST PAID | .00 | .00 | 162.51 | .00 | 162.51 |
| TOTAL PAID | 7716.57 | 84.49 | 3202.86 | .00 | 11003.92 |

The Debtor's attorney, THOMAS R HITCHCOCK           , was allowed $   2500.00 and was paid $   2500.00 .

The Trustee received $    671.22 .

Refunds to the Debtor totaled $   349.86 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 09/09/08                         /S/
                                           GLENN STEARNS
                                           CHAPTER 13 TRUSTEE